PD-1344-15

PD-1344-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/15/2015 3:00:14 PM
Accepted 10/15/2015 3:38:18 PM
ABEL ACOSTA
CLERK

NO._____

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS
## AUSTIN, TEXAS

| | | |
|---|---|---|
| **JOSE E. DUQUE,** § | | |
| Appellant; § | | |
| § | **COURT OF APPEALS** | |
| § | NO. 01-15-00014-CR | |
| v. § | | |
| § | **TRIAL COURT** | |
| § | No. 1363049-A | |
| § | | |
| **THE STATE OF TEXAS,** § | | |
| Appellee. § | | |

## MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW OF APPELLANT

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW** Jose E. Duque, by and through the undersigned attorney, whom very respectfully states as follows:

1. On September 15, 2015, the First Court of Appeals For The First District of Texas issued a Non Published, per curiam, "Memorandum Opinion" in *Ex Parte Jose E. Duque*, cause number NO. 01-15-00014-CR.

2. Appellant's Petition for Discretionary Review is due on October 15th, 2015.

3. Pursuant to Rule 68.2(c) of the Texas Rules of Appellate Procedure, the Petitioner respectfully requests a thirty (30) day extension to file his Petition for Discretionary Review (PDR).

4. There have been no previous extensions to file the PDR in this cause.

5. Appellant relies on the following facts as good cause for the requested extension:

a)     During the last 30 days, counsel was actively working on another case that had a Sentencing Hearing scheduled for October 7th, 2015 in the United States District Court for the Middle District of Florida, Tampa Division: *U.S.A. v. Jose A. Rincon-Martinez*, Criminal No.: 13:CR: 00332.

b)     Counsel also have been preparing for a Suppression Hearing that is currently scheduled for October 27th, 2015 in the United States District Court for the District of Puerto Rico: *U.S.A. v. Enrique Colon-Villegas,* Criminal No. 14-592 (DRD).

6. As a result, counsel has not had sufficient time to prepare an adequate Petition in this case.

7. This extension is not sought for purpose of delay.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays that this Court grant this Motion for Extension of Time to file Petitioner's Petition for Discretionary Review.

**Respectfully submitted,**

   /s/ Octavio M. Rivera-Bujosa
**OCTAVIO M. RIVERA-BUJOSA**
State Bar Number: 24081261

*RIVERA Y BUJOSA LAW OFFICE*
333 Simonton Street
Conroe, Texas 77301
Phone: (832) 296-6048
Fax: (936) 756-5961

2

**CERTIFICATE OF SERVICE**

This is to certify that copies of the above-entitled and numbered petition for review have been served on both the District Attorney of Harris County, Texas, and the State Prosecuting Attorney, by delivery of a true copy to them on the 15th day of October, 2015, by electronic service

_/s/ Octavio M. Rivera-Bujosa_____
**OCTAVIO M. RIVERA-BUJOSA**
Attorney for Petitioner

3